IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICHOLAS RODRIGUEZ,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **COMENITY BANK,** ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION NO.** <br> **1:16-CV-2161** |

## **ORDER**

This Court has before it the Parties' Joint Motion for Order to Arbitrate and Stay Case. After fully considering the Motion, this Court hereby **ORDERS** that the Joint Motion for Order to Arbitrate and Stay Case is **GRANTED**.

All proceedings and deadlines, including but not limited to any case management deadlines, shall be stayed pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending completion of arbitration, at which time either party may apply to this Court to confirm, vacate, or modify the arbitration award as set forth in Sections 9 through 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11.

27940911 v1

The Court **DIRECTS** the **CLERK** to administratively close this case until application to this Court to confirm, vacate, or modify the arbitration award.

SO ORDERED this 29th day of July, 2016.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE