UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICHOLAS RODRIGUEZ,

Plaintiff,

v. CASE NO.: 1:16-cv-02161-AT

COMENITY BANK,

Defendant.
_______________________________/

# NOTICE OF SETTLEMENT

Plaintiff, Nicholas Rodriguez, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Nicholas Rodrguez, and Defendant, Comenity Bank, have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

*/s/Octavio"Tav"Gomez, Esq.*
Octavio "Tav"Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
201North Franklin Street, 7th Floor
Tampa, FL33602
Telephone: (813)223-5505
Facsimile: (813)223-5402
Florida Bar No: 338620
Georgia Bar No.: 617963
TGomez@ForThePeople.com
MHoilett@ForThePeople.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY on this 5th day of April 2017, I electronically filed the foregoing document with the United States District Court, Northern District of Georgia, Atlanta Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Zachary D. Miller, Esq.
Burr & Forman LLP
511 Union Street, Suite 2300
Nashville, Tennessee 37219
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
Email: zmiller@burr.com
*Counsel for Defendant*

R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com
BURR & FORMAN, LLP
171Seventeenth Street, NW Suite 1100
Atlanta, Georgia 30363
Telephone: (404)815-3000
Facsimile: (404)817-3244
*Counsel for Defendant*